**STATE of Missouri, Respondent,**

v.

**Ashley M. WELKER, Appellant.**

**No. ED 82597.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 16, 2003.

Jeffrey P. Dix, Jackson, MO, for appellant.

John N. Koester, Jr., Jackson, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Defendant, Ashley M. Welker, appeals from the judgment entered after the trial court found her guilty of failure to yield

the right-of-way. Defendant was fined $50.00. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).